**WO**                                                                                           MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathaniel Turner, Jr., | No. CV 08-960-PHX-SMM (BPV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Dr. Emerson, et al., | |
| Defendants. | |

On May 30, 2008, Plaintiff Nathaniel Turner, Jr., who is confined in the Maricopa County Fourth Avenue Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis.*

Although Plaintiff filed the Complaint and the Application to Proceed at the same time, the Clerk of Court docketed them at different times. Therefore, when the Court issued its June 4, 2008 Order stating that Plaintiff had not filed an Application to Proceed *In Forma Pauperis,* it appeared that Plaintiff had not filed an Application to Proceed. In a June 16, 2008 Order, the Court vacated the June 4, 2008 Order, granted the May 30, 2008 Application to Proceed, and dismissed the Complaint with leave to amend.

On June 20, 2008, Plaintiff filed a second Application to Proceed *In Forma Pauperis* (Doc. #7). Because the Court already granted the first Application to Proceed, the Court will deny as moot the second Application to Proceed.

Accordingly,

1     **IT IS ORDERED** that Plaintiff's second Application to Proceed *In Forma Pauperis*
2 (Doc. #7) is **denied as moot**.
3     DATED this 30th day of June, 2008.

                                            Stephen M. McNamee
                                            United States District Judge